UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHUNG HOANG TRAN,<br><br>           Petitioner,<br><br>    v.<br><br>FIELD OFFICE DIRECTOR, ETC., ET AL.<br><br>           Respondents. | No. ED CV 24-911-MRA(E)<br><br>ORDER REQUIRING ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS |

    Based on the Petition filed herein:

    IT IS HEREBY ORDERED that Respondent file an Answer to the Petition within twenty-three (23) days of the date of this Order.

    IT IS FURTHER ORDERED that, if Petitioner desires to file a Reply to the Answer, Petitioner shall do so within fifteen (15) days of the date that the Answer is filed.

///

///

///

1    IT IS FURTHER ORDERED that Respondent shall give timely notice
2 of any court proceeding to any person who is a "crime victim" within
3 the meaning of 18 U.S.C. section 3771.
4
5    IT IS FURTHER ORDERED that the Clerk of this Court shall
6 forthwith serve a copy of the Petition and this Order upon the United
7 States Attorney for the Central District of California, counsel for
8 Respondent, and the Clerk shall serve a copy of this Order upon
9 Petitioner.
10
11   DATED:  May 6, 2024.

                                      _____/S/_____
                                         CHARLES F. EICK
                                    UNITED STATES MAGISTRATE JUDGE